UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
MARCUS CALCANO, on behalf of himself and all
other persons similarly situated,

                     Plaintiffs,

      - against -

TIMOTHY OULTON RETAIL USA CORPORATION,

                     Defendants.
-------------------------------------------------------------X

Case No. 21-cv-09401 (ER)

**STIPULATION AND ORDER OF SUBSTITUTION OF COUNSEL FOR DEFENDANT**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersiged counsel, pursuant to Local Rule 1.4, that Lewis Brisbois Bisgaard & Smith LLP shall be substituted in the place and stead of Dentons US LLP as counsel of record for defendant Timothy Oulton Retail USA Corporation in the above-captioned matter. Defendants enter into this substitution of counsel knowingly and voluntarily.

Dated: New York, New York
         December 28, 2021

| DENTONS US LLP | LEWIS BRISBOIS BISGAARD & SMITH LLP |
|---|---|
| By: _____ | By: _____ |
| Karla Del Pozo García | Peter T. Shapiro |
| 1221 Avenue of the Americas | 77 Water Street, Suite 2100 |
| New York, NY 10020 | New York, New York 10005 |
| (212) 768-5328 | (212) 232-1300 |
| karla.delpozogarcia@dentons.com | Peter.Shapiro@lewisbrisbois.com |
| *Outgoing Counsel for Defendant* | *Incoming Counsel for Defendant* |

GOTTLIEB & ASSOCIATES

By: _____
    Dana L. Gottlieb
    Jeffrey M. Gottlieb
    150 East 18th Stret, Suite PHR
    New York, New York 10003
    (212) 228-9795
    Dana@gottlieb.legal
    Jeffrey@gottlieb.legal
    *Attorneys for Plaintiff*

SO ORDERED:

_____
            U.S.D.J.